THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN CHO,<br><br>  Plaintiff,<br><br>  v.<br><br>BISHOP, WHITE, MARSHALL &<br>WEIBEL, P.S.,<br><br>  Defendant. | CASE NO. C11-0674-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to dismiss. (Dkt. No. 3.) Plaintiff filed no opposition to the motion. Local Rule 7(b)(2) states in part: "If a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Accordingly, Defendant's motion is GRANTED. All of Plaintiff's claims, with the exception of the CPA claim and claim for the alleged violation of 15 U.S.C. § 1692(e), are hereby DISMISSED.

DATED this 23rd day of June 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1